**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN BURGESS,

    Plaintiff,

  v.

SAN FRANCISCO POLICE OFFICERS,

    Defendant.

No. C 11-02978 CRB

**ORDER TO SHOW CAUSE**

Plaintiff Brian Burgess failed to appear at the case management conference today, or to file a case management conference statement. The Court therefore ORDERS that Plaintiff SHOW CAUSE by Friday, October 7th at 8:30 a.m. why his case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: September 23, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2978\OSC.wpd