IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN BURGESS,

    Plaintiff,

  v.

SAN FRANCISCO POLICE OFFICERS,

    Defendant.

                                                      /

No. C 11-02978 CRB

**ORDER**

The Court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute on September 23, 2011. Dkt. 12. Plaintiff responded to the Court explaining his failure to appear at the Case Management Conference. Dkt. 14. The Court hereby resets the Case Management Conference for Friday, November 18, 2011 at 8:30 am. Plaintiff is ordered to file a case management conference statement by Friday, November 11, 2011.

**IT IS SO ORDERED.**

Dated: October 7, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2978\Order Resetting CMC.wpd