IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BURGESS,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO POLICE OFFICERS,<br><br>    Defendants. | No. C 11-02978 CRB<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

On Friday, November 18, 2011, this Court held a Further Case Management Conference. Dkt. 19. Plaintiff failed to appear, nor has the Court been able to reach Plaintiff through any address on file. <u>See, e.g.</u>, dkt. 18. Plaintiff has failed to provide this Court with an updated address at which he can be reached, nor filed a Case Management Statement. As stated at the Case Management Conference, this case is DISMISSED under Rule 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 8, 2011

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE