IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN BURGESS,

    Plaintiff,

  v.

SAN FRANCISCO POLICE OFFICERS,

    Defendants.

No. C 11-02978 CRB

**JUDGMENT**

Having dismissed the case for failure to prosecute under Federal Rule of Civil Procedure 41(b), see dkt. 20, the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: December 8, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2978\Judgment.wpd