IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BURGESS,<br><br>          Plaintiff,<br><br>     v.<br><br>SAN FRANCISCO POLICE OFFICERS,<br><br>          Defendants. | No. C 11-02978 CRB<br><br>**JUDGMENT** |

Having dismissed the case for failure to prosecute under Federal Rule of Civil Procedure 41(b), <u>see</u> dkt. 20, the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: December 8, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2978\Judgment.wpd